| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| FELIPE AGUILAR-RIOS, | : | 1:23CR357-1 |
| also known as "Gallo" | | |
| ADOLFO MEDRANO-VARGAS | : | 1:23CR357-2 |
| ALAN CHRISTOPHER LITTLE, | : | 1:23CR357-3 |
| also known as "Rick Ross" | | |
| ALEX VILLAFUENTE | : | 1:23CR357-4 |
| also known as Alex Villafuerte | | |
| TRAVIS LAQUAN HEADEN | : | 1:23CR357-5 |
| ANA OCHOA-IBARRA, | : | 1:23CR357-6 |
| also known as Anna Maria Guada Morales-Iriqui | | |
| ANGEL YAHIR QUINTERO-ARRENDONDO, | : | 1:23CR357-7 |
| also known as Angel Yahir Quintero | | |
| ANTHONY JAMES BUTLER, | : | 1:23CR357-8 |
| also known as "Ant" | | |
| LORETTA MCCOY LITTLE, | : | 1:23CR357-9 |
| also known as Arivette Little and Loretta Arivette Little | | |
| CAMERINO ATANACIO-HERNANDEZ | : | 1:23CR357-10 |
| CESAR AYON GAMBOA | : | 1:23CR357-11 |
| CESAR NOE LOPEZ | : | 1:23CR357-12 |
| DAMIEN TERRELL CLYBURN, | : | 1:23CR357-13 |
| also known as Damian Clyburn and "Rell" | | |
| EDUARDO JOSUE HERNANDEZ | : | 1:23CR357-14 |
| JARED MARCUS MOORE | : | 1:23CR357-15 |
| J-KARI CHRISTYLE COLLINS, | : | 1:23CR357-16 |
| also known as "J" | | |
| MERISSA COLLINS WALL, | : | 1:23CR357-17 |
| also known as Merissa Faye Collins, Merissa Faye Wall, and "Rissa" | | |
| MICHAEL JAMES BUTLER | : | 1:23CR357-18 |
| NAYELI PEREZ | : | 1:23CR357-19 |
| MARY OJEDA | : | 1:23CR357-20 |

| | | |
|---|---|---|
| OMAR MEZA | : | 1:23CR357-21 |
| RASHAD LEQUAN SHIPP, also known as "Green Mile" | : | 1:23CR357-22 |
| RODRICK EUGENE LITTLE, also known as "Fruit" | : | 1:23CR357-23 |
| RONALD LEE JOHNSON | : | 1:23CR357-24 |
| WESLEY QUEZNEK COLLINS, also known as "Quez" | : | 1:23CR357-25 |

## MOTION TO DISMISS CERTAIN PROPERTY FROM FORFEITURE ALLEGATIONS

NOW COMES the United States of America, by and through Clifton T. Barrett, United States Attorney for the Middle District of North Carolina, and respectfully moves this Court to dismiss the Miscellaneous Jewelry, $53,910.00 in U.S. Currency, and $35,500.00 in U.S. Currency, respectively, from the forfeiture allegations contained in the Indictment in the above-captioned case.

On October 30, 2023, a federal grand jury returned an Indictment that charged each defendant in various violations of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 841(b)(1)(C), Title 18, United States Code, Sections 924(c)(1)(A)(i), and 2, 922(g)(1) and 924(a)(2), 1956(a)(2)(A), and 2, and 924(a)(8). (Dkt. #1). The Indictment included forfeiture allegations that identified the following property as subject to forfeiture:

    a.    <u>Money Judgment</u> - a money judgment in an amount to be determined, representing the amount subject to forfeiture

2

based on the criminal offense of which the defendant is convicted;

Real Property

b. The real property known as 2391 Bellemeade Street, High Point, Guilford County, North Carolina, 27260, with all appurtenances and improvements thereon, more particular described as follows: BEING all of New Lot "B" as shown on the Exclusion Map for Welch Memorial United Methodist Church as recorded in Plat Book 138, Page 72, Guilford County Registry. The record owner of the real property is defendant, Ronald Lee Johnson;

c. Miscellaneous Jewelry

1. One Men's Stainless Steel "Cartier" Men's Watch, Model 4072, serial number 173543AX;

2. One (10) Karat Yellow Gold "Cuban Styled" Necklace with one (10) Karat Gold Custom Pendant;

3. One Men's (10) Karat Yellow Gold Hollow Casted Square Top Ring;

4. One Men's (10) Karat Yellow Gold Top Ring;

5. One (10) Karat Yellow Gold Bracelet;

3

d. U.S. Currency

   1. $53,910.00 in U.S. Currency seized from the residence located at 728 Bruton Street, Troy, North Carolina;

   2. $35,500.00 in U.S. Currency seized from the residence located at 2391 Bellemeade Street, High Point, North Carolina;

e. Firearms/Ammunition

   1. Palmetto State Armory, model PSAK47, 7.62x39mm rifle, serial number AK006872;

   2. Palmetto State Armory, model PA-15, multi-caliber rifle, serial number SCD040583;

   3. Hi-Point, model 1095, 10mm rifle, serial number M11874;

   4. Ruger, model Mini-14 Ranch Rifle, .223 caliber rifle, serial number 196-75188;

   5. Mossberg, Maverick model 88, 12-gauge shotgun, serial number MV86305N;

   6. Jimenez Arms, model J.A. NINE, 9mm pistol, serial number 280570;

4

7. Calwestco, model Jennings J22, .22 caliber pistol, serial number 717333;

8. Masterpiece Arms, model Defender, 9mm pistol, serial number F8485;

9. Glock, model 45, 9mm pistol, serial number BTUN871;

10. Glock, model 21, Gen 4, .45AUTO caliber pistol, serial number BEXM320;

11. Glock, model 27, .40 caliber pistol, serial number BPAK880;

12. Phoenix Arms, model Raven, .25 Auto caliber pistol, with obliterated serial number;

13. FNH USA, model Five-seveN, 5.7x28mm pistol, serial number 386340084;

14. Glock, model 17, 9mm pistol, serial number BDKG346;

15. Glock, model 43X, 9mm pistol, serial number BWCT365;

16. Glock, model 17 Gen 5 9x19, 9mm pistol, serial number BTBU411;

17. Smith & Wesson, unknown caliber rifle, serial number 1S1884C;

18. Glock, model 43X, 9mm pistol, bearing serial number BSMM349; and

19. Smith & Wesson, model M&P Bodyguard, .380 caliber pistol, with unknown serial number.

The undersigned was notified that the Miscellaneous Jewelry listed as c.1. – c.5., and the U.S. Currency listed as d.1. and d.2. above, were administratively forfeited by the U.S. Postal Inspection Service. Accordingly, final judicial forfeiture is not necessary for the Miscellaneous Jewelry or the U.S. Currency.

WHEREFORE, the government moves this Court to dismiss the Miscellaneous Jewelry and the U.S. Currency from the forfeiture allegations contained in the indictment. (Dkt. #1).

6

This the 2nd day of October, 2025.

                Respectfully submitted,

                CLIFTON T. BARRETT
                United States Attorney

                <u>/s/ Anand Ramaswamy</u>
                Anand Ramaswamy
                Assistant United States Attorney
                NCSB # 24991
                United States Attorney's Office
                101 S. Edgeworth St., 4th Floor
                Greensboro, NC  27401
                Phone: 336/333-5351

CERTIFICATE OF SERVICE

    I hereby certify that on October 2, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system.

    Respectfully submitted,

    CLIFTON T. BARRETT
    United States Attorney


    <u>/s/ Anand Ramaswamy</u>
    Anand Ramaswamy
    Assistant United States Attorney
    NCSB # 24991
    United States Attorney's Office
    101 S. Edgeworth St., 4th Floor
    Greensboro, NC  27401
    Phone: 336/333-5351